

**MATTHEW KRAUS**
Direct Dial: (212) 785-0757
mkraus@chartwelllaw.com

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

July 10, 2024

Application **GRANTED** in part.  The initial conference scheduled for July 17, 2024, is **ADJOURNED** to **July 24, 2024, at 4:10 P.M.**  The parties shall file their pre-conference materials by **July 17, 2024.**  The parties are apprised that the conference typically is not adjourned based on the deadline to answer.  The Clerk of Court is respectfully directed to close the motion at Dkt. No. 11.

Dated: July 11, 2024
New York, New York

**VIA ECF**

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Stanan, Inc. v. Mt. Hawley Insurance Company and Renaissance Re Syndicate 1458 Lloyd's*
       1:24-cv-03975

Dear Judge Schofield:

    This law firm represents defendant Mt. Hawley Insurance Company and Renaissance Re Syndicate 1458 Lloyd's (collectively "Defendants") in the above-referenced matter.  We write to request an adjournment of the Initial Conference scheduled for July 17, 2024.  Defendants have not yet interposed an answer to plaintiff Stanan, Inc.'s ("Plaintiff") complaint (their time to answer does not expire until August 5, 2024) and the parties have not yet conferred on a proposed case management plan.  Defendants therefore request that the Court reschedule the Initial Conference to a date after August 5, 2024.

    Defendants have not previously requested an adjournment of the Initial Conference.  Plaintiff has not consented to Defendants' request.

    We thank the Court for its attention to this matter.

Very truly yours,

**CHARTWELL LAW**

By: _____
       Matthew Kraus

cc:   All Counsel (Via ECF)