UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                                              :
STANAN, INC.,                                                 :
                                        Plaintiff,            :
                                                              :        24 Civ. 3975 (LGS)
                    -against-                                 :
                                                              :            ORDER
MT. HAWLEY INSURANCE COMPANY, et al.,                         :
                                        Defendants.           :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, an Order dated May 28, 2024, scheduled the initial pretrial conference in this action for July 17, 2024, and directed the parties to file a joint letter and proposed civil case management plan one week before the conference.

WHEREAS, an Order dated July 11, 2024, adjourned the conference to July 24, 2024.

WHEREAS, on July 17, 2024, the parties filed a joint letter and proposed civil case management plan. The joint letter lacks information required by the Order dated May 28, 2024. The proposed civil case management plan is missing the required signatures. It is hereby

ORDERED that by **July 22, 2024,** the parties shall refile the joint letter in compliance with the requirements of the May 28, 2024, Order and refile the proposed case management plan with the required signatures.

Dated: July 18, 2024
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE