```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                              :
STANAN INC.,                                                  :
                                    Plaintiff,                :
                                                              :     24 Civ. 3975 (LGS)
            -against-                                         :
                                                              :              ORDER
MT. HAWLEY INSURANCE COMPANY, et al.,:
                                                              :
                                    Defendants.               :
                                                              :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a pre-motion conference is scheduled for November 14, 2024, at 5:30 P.M.

It is hereby

**ORDERED** that the conference scheduled for November 14, 2024, at 5:30 P.M. is

**RESCHEDULED** to **November 14, 2024, at 4:30 P.M.**

Dated: November 12, 2024
　　　　New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**