```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
STANAN INC.,                                                 :
                                      Plaintiff,             :
                                                             :        24 Civ. 3975 (LGS)
       -against-                                             :
                                                             :             ORDER
MT. HAWLEY INSURANCE COMPANY et al.,                         :
                                      Defendants.            :
------------------------------------------------------------ X
```

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, a conference was held in this action on November 14, 2024. As discussed at the conference, it is hereby

    **ORDERED** that, by **November 15, 2024**, Defendants shall file a letter including the citation to any cases that illustrate the relevance of Plaintiff's financial condition, identifying the relevant policy provision(s) and attaching the policy at issue in this case. It is further

    **ORDERED** that, by **November 20, 2024**, the parties shall file a joint letter regarding (1) their plan for expeditiously resolving any issues from Plaintiff's recent document production referenced at the conference, including the number of documents, the status of Plaintiff's privilege review, due dates for (a) production (again) of non-privileged documents, (b) a privilege log, (c) any objection to the log. Defendants shall immediately destroy any remaining copies in its possession of documents identified as possibly privileged and shall file a letter by **November 18, 2024**, attesting to the same.

    **ORDERED** that, by **November 20, 2024**, the parties shall file a joint letter detailing each item of proposed discovery and a proposed due date, including dates certain for the deposition of each party witness, in accordance with the proportionality requirements of Federal Rule of Civil Procedure 26(b). It is further

**ORDERED** that, by **November 20, 2024**, Defendants shall file a letter regarding each of the third-party witnesses discussed in their letter filed at Dkt. No. 45. The letter shall state (1) the relevance of each witness, (2) the date each witness was subpoenaed, (3) each step Defendants have taken to enforce each subpoena, along with the dates each such step was taken, and shall attach a copy of each subpoena. It is further

**ORDERED** that any party making an application to, or raising an issue with, the court shall certify in writing that they have conferred in good faith with opposing counsel in an effort to resolve the issue.

Dated: November 15, 2024
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**