```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
STANAN, INC.,                                                :
                                     Plaintiff,              :
                                                             :     24 Civ. 3975 (LGS)
             -against-                                       :
                                                             :            ORDER
MT. HAWLEY INSURANCE COMPANY, et al.,                        :
                                     Defendants.             :
                                                             :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a conference regarding the parties' proposed cross-motions for summary judgment was held on January 21, 2025.

WHEREAS, at the conference, Plaintiff agreed to dismiss certain claims and Defendants agreed to withdraw one of their affirmative defenses.

WHEREAS, the parties informed the Court that they have scheduled a mediation to be held on March 13, 2025. As discussed at the conference, it is hereby

**ORDERED** that the parties shall file a joint letter on the status of settlement discussions and proposed next steps within two days of their last mediation session. It is further

**ORDERED** that Defendants' fourteenth affirmative defense is **STRICKEN**. It is further

**ORDERED** that Plaintiff's claims brought pursuant to Florida Statute 627.7011 are **DISMISSED**.

Dated: January 22, 2025
       New York, New York

*[signature]*
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**